UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BETH HAYES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:15-cv-00880 |
| NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC; and DOE 1-5, inclusive, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Beth Hayes and defendant Nationwide Debt Management Solutions, LLC have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by July 22, 2015, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: June 15, 2015
                     s/ Robert Amador
                     ROBERT AMADOR, ESQ.
                     Attorney for Plaintiff Beth Hayes
                     Centennial Law Offices
                     9452 Telephone Rd. 156
                     Ventura, CA. 93004
                     (888)308-1119 ext. 11
                     R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, June 15, 2015, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Nationwide Debt Management Solutions, LLC
9343 Tech Center Drive #160
Sacramento, CA 95826

s/ Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff Beth Hayes
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com
