# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Beth Hayes, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:15–cv–00880 |
| | § | |
| Nationwide Debt Management Solutions, LLC,, et al. | § | |
| | § | |
| *Defendant.* | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiff and defendant, the Court dismisses this case without prejudice to reinstatement of plaintiff's claims if any party represents to the Court within 60 days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on June 17, 2015.

_____
Gray H. Miller
United States District Judge