# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BETH HAYES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:15-cv-00880 ) ) |
| NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC; and DOE 1-5, inclusive, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date: July 27, 2015

 s/ Robert Amador
ROBERT AMADOR, ESQ. (CA State Bar # 269168)
Attorney for Plaintiff Beth Hayes
(Attorney-in-charge; Pro Hac Vice)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, July 27, 2015, I mailed a copy of the foregoing NOTICE OF DISMISSAL, First Class U.S. Mail, to the following party:

Nationwide Debt Management Solutions, LLC
9343 Tech Center Drive #160
Sacramento, CA 95826

                                        s/ Robert Amador
                                        ROBERT AMADOR, ESQ. (CA State Bar # 269168)
                                        Attorney for Plaintiff Beth Hayes
                                        (Attorney-in-charge; Pro Hac Vice)
                                        Centennial Law Offices
                                        9452 Telephone Rd. 156
                                        Ventura, CA. 93004
                                        (888)308-1119 ext. 11
                                        R.Amador@centenniallawoffices.com